UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:
HELMUTH, CARL RICHARD, JR.
HELMUTH, LISA MARIE                        CASE NO. 08-23403
        Debtor(s)                        Chapter 7

NOTICE OF DEPOSIT OF LESS THAN $5.00
TO UNITED STATES BANKRUPTCY COURT
CLERK'S REGISTRY CHECKING ACCOUNT

TO: THE HONORABLE J. PHILIP KLINGEBERGER:

    Comes now Gordon E. Gouveia, Trustee and applies to the Court as follows:

1. I am the Trustee for the estate of the above-named Debtor(s).

2. Pursuant to FRBP 3011, the following creditors are entitled to distribution of less than $5.00 each.

    Claim No 13 GE Money Bank, DBA Gap, c/o Recovery Management Systems,
        25 SE 2nd Ave., Suite 1120, Miami, FL 33131        $ 2.88

    Claim No 16 GE Money Bank, DBA Old Navy, c/o Recovery Management Systems,
        25 SE 2nd Ave., Suite 1120, Miami, FL 33131        $ 2.66

    Claim No 18 GE Money Bank, DBA American Eagle, c/o Recovery Management Systems,
        25 SE 2nd Ave., Suite 1120, Miami, FL 33131        $ 1.96

3. Pursuant to FRBP 3010 the distributions shown in paragraph 2 are to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4. Trustee believes it appropriate that the sum(s) set forth in paragraph 2 be paid to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein and accordingly I am tendering herewith my Check No. 119 in amount of $ 7.50 payable to the Clerk, U.S. Bankruptcy Court.

Dated in Merrillville, IN on 5/26/10

                /s/ Gordon E. Gouveia
                Gordon E. Gouveia, Trustee
                433 W. 84th Drive
                Merrillville, IN 46410
                (219) 736-6020

CERTIFICATE OF SERVICE

    I certify that on this date service of a true and complete copy of the foregoing instrument was made on the following persons by electronic filing as shown on the Notice of Electronic Filing or by depositing the same in the United States Mail in a properly addressed and stamped envelope:

United States Trustee, 100 E. Wayne St., Ste. 555, South Bend, IN 46601
GE Money Bank, c/o Recovery Management Systems, 25 SE 2nd Ave., Suite 1120, Miami, FL 33131

Dated: 5/26/10                      /s/ Gordon E. Gouveia
                                    Gordon E. Gouveia, Trustee